UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEI MIRONOV, | No. 1:26-cv-01978-DJC-JDP |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al., | A# 218-044-113 |
| Respondents. | |

Petitioner Aleksei Mironov is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 3).  The Court has previously addressed the legal issues raised in the Petition.  *Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 202); *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, No. 2:25-cv-03174-DJC-CKD, 2025 WL 3124116 (E.D. Cal. Nov. 7, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders.  (ECF No. 6.) Neither party objected to the Court ruling directly on the merits of the petition.

1

Respondents assert that "there is no dispute that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond or custody redetermination hearing upon his request." (ECF No. 9 at 1.)  Respondents thus argue that the Court should deny on prudential exhaustion grounds.  (*Id.* at 4.)  But by Respondents' own admission, Petitioner requested a bond hearing but was not provided one due to Respondents' decision to move him.  (*Id.* at 1.)  Having been provided a statutory right to a bond hearing, due process requires that Petitioner be given prompt hearing, which Petitioner has not received.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED for the reasons stated in those prior orders.

Within five (5) days of this Order, Respondents shall afford Petitioner Aleksei Mironov a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **March 19, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2